| | | |
|---|---|---|
| MARY GIDARO, individually and on behalf of all others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRILL LYNCH & CO., INC.; STAN O'NEAL; LOU DIMARIA; INVESTMENT COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN; ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN; and JOHN DOES 1-30, | : | Case No. 07-CV-10273 (LBS) |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

[*additional captions follow*]

## NOTICE OF APPEARANCE

Ralph M. Stone
Thomas G. Ciarlone, Jr.
Amanda C. Scuder
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340

*Attorneys for the Plaintiff
and Proposed Interim Counsel for the Class*

ELIZABETH ESTEY, individually and on
behalf of all others similarly situated,

              Plaintiff,

     v.

MERRILL LYNCH & CO., INC.; MERRILL
LYNCH & CO., INC. PLAN "INVESTMENT
COMMITTEE," MERRILL LYNCH & CO.,
INC. PLAN ADMINISTRATIVE
COMMITTEE, MERRILL LYNCH & CO.,
INC. MANAGEMENT DEVELOPMENT
AND COMPENSATION COMMITTEE,
LOUIS DIMARIA, E. STANLEY O'NEAL,
ALBERTO CRIBIORE, ARMANDO M.
CODINA, VIRGIS W. COLBERT, JOHN D.
FINNEGAN, AULANA L. PETERS and
JOHN DOES 1-10,

              Defendants.

Case No. 07-CV-10268 (DC)

TARA MOORE, individually and on behalf of all others similarly situated,

                        Plaintiff,

        v.

MERRILL LYNCH & CO., INC.; MERRILL LYNCH & CO., INC. PLAN "INVESTMENT COMMITTEE," MERRILL LYNCH & CO., INC. PLAN ADMINISTRATIVE COMMITTEE, MERRILL LYNCH & CO., INC. MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE, LOUIS DIMARIA, E. STANLEY O'NEAL, ALBERTO CRIBIORE, ARMANDO M. CODINA, VIRGIS W. COLBERT, JOHN D. FINNEGAN, AULANA L. PETERS and JOHN DOES 1-10,

                      Defendants.

Case No. 07-CV-10398 (DC)

GREGORY YASHGUR, individually and on      :
behalf of all others similarly situated,       :
                                               :
                Plaintiff,                     :
                                               :
        v.                                     :
                                               :
MERRILL LYNCH & CO., INC.;                :  Case No. 07-CV-10569
ADMINISTRATIVE COMMITTEE OF THE          :
MERRILL LYNCH CO., INC. 401K             :
SAVINGS AND INVESTMENT PLAN,             :
JOHN D. FINNEGAN, JUDITH JONAS           :
MAYHEW, AULANA L. PETERS, JOSEPH         :
W. PRUEHER, ANN N. REESE, CHARLES        :
O. ROSSITTI, LOUIS DIMARIA, STAN         :
O'NEAL, ALBERTO CRIBRIORE, CAROL         :
T. CHRIST, ARMANDO M. CODINA,            :
VIRGIS W. COLBERT, and JOHN DOES,        :
                                               :
                Defendants.                    :
                                               :

CHRISTINE DONLON, individually and on          :
behalf of all others similarly situated,       :
                                               :
                    Plaintiff,                 :
                                               :
          v.                                   :
                                               :
MERRILL LYNCH & CO., INC.; E.                  :   Case No. 07-CV-10661
STANLEY O'NEAL, CAROL T. CHRIST,               :
ARMANDO M. CODINA, VIRGIS W.                   :
COLBERT, JILL K. CONWAY, ALBERTO               :
CRIBIORE, LOUIS DIMARIA, JOHN D.               :
FINNEGAN, JUDITH MAYHEW JONAS,                 :
AULANA L. PETERS, JOSEPH W.                    :
PRUEHER, ANN N. REESE, CHARLES O.              :
ROSSOTTI, JOHN DOES 1-20 (BEING                :
CURRENT AND FORMER MEMBERS OF                  :
THE BENEFITS ADMINISTRATION                    :
COMMITTEE OF THE MERRILL LYNCH                  :
& CO, INC. EMPLOYEE STOCK                      :
OWNERSHIP PLAN) and JOHN DOES 21-              :
40 (BEING CURRENT AND FORMER                   :
MEMBERS OF THE INVESTMENT                      :
COMMITTEE OF THE MERRILL LYNCH                 :
& CO., INC EMPLOYEE STOCK                      :
OWNERSHIP PLAN),                               :
                                               :
                    Defendants.                :
                                               :

CARL ESPOSITO, individually and on behalf    :
of all others similarly situated,    :
    :
                Plaintiff,    :
    :
    v.    :
    :
MERRILL LYNCH & CO., INC.; E.    :  Case No. 07-CV-10687 (JGK)
STANLEY O'NEAL, CAROL T. CHRIST,    :
ARMANDO M. CODINA, VIRGIS W.    :
COLBERT, JILL K. CONWAY, ALBERTO    :
CRIBIORE, JOHN D. FINNEGAN, JUDITH    :
MAYHEW JONAS, DAVID K.    :
NEWBIGGING, AULANA L. PETERS,    :
JOSEPH W. PRUEHER, ANN N. REESE,    :
CHARLES O. ROSSOTTI, LOUIS    :
DIMARIA, PETER STINGI and JOHN AND    :
JANE DOES 1-20,    :
    :
                Defendants.    :
    :

SEAN SHAUGHNESSEY, individually and : 
on behalf of all others similarly situated, :

                  Plaintiff, :

     v. :

MERRILL LYNCH & CO., INC., MERRILL : Case No. 07-CV-10710
LYNCH & CO., INC. INVESTMENT :
COMMITTEE, MANAGEMENT :
DEVELOPMENT AND COMPENSATION :
COMMITTEE OF THE MERRILL LYNCH :
& CO., INC. BOARD OF DIRECTORS, THE :
MERRILL LYNCH TRUST COMPANY, :
FSB, ADMINISTRATIVE COMMITTEE OF :
THE MERRILL LYNCH & CO., INC. 401K :
SAVINGS AND INVESTMENT PLAN, :
LOUIS DIMARIA, ARMANDO M. :
CODINA, VIRGIS W. COLBERT, :
ALBERTO CRIBIORE, JOHN D. :
FINNEGAN, AULANA L. PETERS, and :
JOHN DOES 1-40, :

              Defendants. :

BARBARA BOLAND, individually and on
behalf of all others similarly situated,

           Plaintiff,

   v.

MERRILL LYNCH & CO., INC.; E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, and JOHN AND
JANE DOES 1-20,

           Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 07-CV-11054 (MGC)

Thomas G. Ciarlone, Jr., hereby enters his appearance as counsel for Plaintiff/Movant Mary Gidaro in each of the above-captioned actions.

DATED:          December 13, 2007          Respectfully submitted,

                                           SHALOV STONE BONNER & ROCCO LLP

                                           By: /s/ Thomas G. Ciarlone, Jr.
                                                Ralph M. Stone (rstone@lawssb.com)
                                                Thomas G. Ciarlone (tciarlone@lawssb.com)
                                                Amanda C. Scuder (ascuder@lawssb.com)

                                           485 Seventh Avenue, Suite 1000
                                           New York, NY 10018
                                           Telephone: (212) 239-4340
                                           Facsimile: (212) 239-4310

                                           *Attorneys for the Plaintiff and Proposed Interim Counsel for the Class*

Ronen Sarraf (ronen@sarrafgentile.com)
SARRAF GENTILE LLP
11 Hanover Square
New York, NY 10005
Telephone: (212) 868-3610
Facsimile: (212) 918-7967

*Attorneys for the Plaintiff*

-1-

**<u>CERTIFICATION</u>**

This is to certify that the foregoing notice was served, on this 13th day of December, 2007, via electronic mail, to all persons on the attached service list.


   /s/ Thomas G. Ciarlone, Jr.    
Thomas G. Ciarlone, Jr.

## SERVICE LIST

Lynda J. Grant, Esq.
**Cohen, Milstein, Hausfeld**
**& Toll, P.L.L.C.**
150 East 52nd Street, Thirtieth Floor
New York, NY 10022
P: (212) 838-7797
lgrant@cmht.com

*Representing Carl Esposito, Anna Molin,*
*and Barbara Boland*


Robert I. Harwood, Esq.
Samuel Kenneth Rosen, Esq.
**Harwood Feffer LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
P: (212) 935-7400
F: (212) 753-3630
rharwood@hfesq.com
srosen@hfesq.com

*Representing Christine Donlon*


Tyler L. Farmer, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
Lynn Lincoln Sarko, Esq.
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: (206) 623-1900
F: (206) 623-3384
tfarmer@kellerrohrback.com
dloeser@kellerrohrback.com
eriley@kellerrohrback.com
lsarko@kellerrohrback.com

*Representing Carl Esposito*


William Edward Bernarduci, Esq.
Robert A. Izard, Esq.
**Schatz Nobel Izard P.C.**
20 Church Street, Suite 1700
Hartford, CT 06103
P: (860) 493-6289
F: (860) 493-6290
wbernarduci@snlaw.net
rizard@snlaw.net

*Representing Sean Shaughnessey*


Katherine B. Bornstein, Esq.
Edward W. Ciolko, Esq.
Joseph H. Meltzer, Esq.
Joseph A. Weeden, Esq.
**Schiffrin, Barroway, Topaz**
**& Kessler, LLP**
280 King of Prussia Road
Radnor, PA 19087
P: (610) 667-7706
F: (610) 667-7056
kbornstein@sbclasslaw.com
eciolko@sbclasslaw.com
jmeltzer@sbclasslaw.com
jweeden@sbclasslaw.com

*Representing Elizabeth Estey and Tara*
*Moore*

-3-

Jay B. Kasner, Esq.
**Skadden, Arps Slate, Meagher**
   **& Flom LLP**
Four Times Square
New York, NY 10036
P: (212) 735-2628
F: (212) 777-2628
jkasner@skadden.com

*Representing Merrill Lynch & Co.*

Edwin J. Mills, Esq.
**Stull Stull & Brody**
6 East 45th Street, 5th Floor
New York, NY 10017
P: (212) 687-7230
F: (212) 490-2022
ssbny@aol.com

*Representing Gregory Yashgur*

Wai Kin Chan, Esq.
**Law Office of Curtis V. Trinko LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
P: (212) 490-9550
F: (212) 986-0158
kchan@trinko.com

*Representing Elizabeth Estey*