MARY GIDARO INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Index #: 07 CV 10273

Plaintiff(s)

- against -

Date Filed:

MERRILL LYNCH & CO., INC. ET AL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 12:30 PM at

222 BROADWAY, 13TH FLOOR
NEW YORK, NY10038

deponent served the within true copy of the SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF on MERRILL LYNCH & CO., INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. JULISSA MONTERO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF as said defendant/respondent and knew said individual to be the ASST. VICE-PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 33 | 5'4 | 130 |

Authorized to accept service by Legal Department

Sworn to me on:  November 20, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

SIEH CLARK
License #: 1187234
Docket #: 523079

| | |
|---|---|
| MARY GIDARO INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Index #: 07 CV 10273 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| MERRILL LYNCH & CO., INC. ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 12:30 PM at

222 BROADWAY, 13TH FLOOR
NEW YORK, NY10038

deponent served the within true copy of the SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF on MERRILL LYNCH & CO., INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. JULISSA MONTERO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF as said defendant/respondent and knew said individual to be the ASST. VICE-PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 33 | 5'4 | 130 |

Authorized to accept service by Legal Department

Sworn to me on:  November 20, 2007

| Linda Forman | Robin M. Forman | Larry Yee | SIEH CLARK |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1187234 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 523079 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |