| | |
|---|---|
| MARY GIDARO INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Index #: 07 CV 10273 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| MERRILL LYNCH & CO., INC. ET AL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 12:30 PM at

222 BROADWAY, 13TH FLOOR
NEW YORK, NY10038

deponent served the within true copy of the SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF on ADMINSTRATIVE COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTEMENT PLAN, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. JULISSA MONTERO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF as said defendant/respondent and knew said individual to be the ASST. VICE-PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| | TAN | BROWN | 33 | 5'4 | 130 |

Authorized to accept service by Legal Department

Sworn to me on:  November 20, 2007

| Linda Forman | Robin M. Forman | Larry Yee | SIEH CLARK |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1187234 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 523083 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

| | |
|---|---|
| MARY GIDARO INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Index #: 07 CV 10273 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| MERRILL LYNCH & CO., INC. ET AL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 12:30 PM at

222 BROADWAY, 13TH FLOOR
NEW YORK, NY10038

deponent served the within true copy of the SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF on ADMINSTRATIVE COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTEMENT PLAN, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. JULISSA MONTERO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF as said defendant/respondent and knew said individual to be the ASST. VICE-PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| | TAN | BROWN | 33 | 5'4 | 130 |

Authorized to accept service by Legal Department

Sworn to me on:  November 20, 2007

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | SIEH CLARK<br>License #: 1187234<br>Docket #: 523083 |