MARY GIDARO INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

Index #: 07 CV 10273

Plaintiff(s)

- against -

Date Filed:

MERRILL LYNCH & CO., INC. ET AL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF
EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 12:30 PM at

222 BROADWAY, 13TH FLOOR
NEW YORK, NY10038

deponent served the within true copy of the SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING
ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF on INVESTMENT COMMITTEE OF THE MERRILL LYNCH SAVINGS AND
INVESTMENT PLAN, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. JULISSA MONTERO personally, deponent knew said corporation
so served to be the corporation described in said SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES,
INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF as said
defendant/respondent and knew said individual to be the ASST. VICE-PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|------------|---------------|------------------|-----------------|
|     | TAN       | BROWN      | 33            | 5'4              | 130             |

Authorized to accept service by Legal Department

Sworn to me on:  November 20, 2007

| | | |
|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18,<br>2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 |

**SIEH CLARK**
License #: 1187234
Docket #: 523082

MARY GIDARO INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

Index #: 07 CV 10273

Plaintiff(s)

- against -

Date Filed:

MERRILL LYNCH & CO., INC. ET AL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 12:30 PM at

222 BROADWAY, 13TH FLOOR
NEW YORK, NY 10038

deponent served the within true copy of the SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF on INVESTMENT COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. JULISSA MONTERO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF,GUILDLINES FOR ECF,PROCEEDURES FOR ECF as said defendant/respondent and knew said individual to be the ASST. VICE-PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
|     | TAN       | BROWN     | 33            | 5'4              | 130             |

Authorized to accept service by Legal Department

Sworn to me on:  November 20, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**SIEH CLARK**
License #: 1187234
Docket #: 523082