MARY GIDARO INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Index #: 07 CV 10273

Plaintiff(s)

- against -

Date Filed:

MERRILL LYNCH & CO., INC. ET AL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 12:30 PM at

222 BROADWAY, 13TH FLOOR
NEW YORK, NY 10038

deponent served the within true copy/copies of the SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF, GUILDLINES FOR ECF, PROCEEDURES FOR ECF on JOHN DOES 1-30, the defendant/respondent therein named,

**SUITABLE AGE**   by delivering thereat a true copy/copies of each to MS. JULISSA MONTERO, ASSISTANT VICE-PRESIDENT a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 33 | 5'4 | 130 |

**MAILING**   Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

222 BROADWAY 13TH FLOOR
NEW YORK, NY 10038

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 20, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Authorized to accept service by Legal Department

Sworn to me on: November 20, 2007

| Linda Forman | Robin M. Forman | Larry Yee | SIEH CLARK |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1187234 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 523084 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

MARY GIDARO INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Index #: 07 CV 10273

Plaintiff(s)

- against -

Date Filed:

MERRILL LYNCH & CO., INC. ET AL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 12:30 PM at

222 BROADWAY, 13TH FLOOR
NEW YORK, NY 10038

deponent served the within true copy/copies of the SUMMONS & COMPLAINT, ASSIGNED JUDGE'S RULES, INSTRUCTIONS FOR FILING ECF, GUILDLINES FOR ECF, PROCEEDURES FOR ECF on JOHN DOES 1-30, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MS. JULISSA MONTERO, ASSISTANT VICE-PRESIDENT a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 33 | 5'4 | 130 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

222 BROADWAY 13TH FLOOR
NEW YORK, NY 10038

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 20, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Authorized to accept service by Legal Department

Sworn to me on: November 20, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

SIEH CLARK
License #: 1187234
Docket #: 523084